NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 15-10207 |
| Plaintiff - Appellee, | D.C. No. 4:14-cr-01334-CKJ |
| v. | |
| ALBERTO MOJICA-GOMEZ, a.k.a. Alberto Gomez Mojica, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Cindy K. Jorgenson, District Judge, Presiding

Submitted March 15, 2016[**]

Before:     GOODWIN, LEAVY, and CHRISTEN, Circuit Judges.

Alberto Mojica-Gomez appeals from the district court's judgment and

challenges the 30-month sentence imposed following his guilty-plea conviction for

reentry of a removed alien, in violation of 8 U.S.C. § 1326.   We have jurisdiction

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.   See Fed. R. App. P. 34(a)(2).

under 28 U.S.C. § 1291, and we affirm.

Mojica-Gomez contends that the district court procedurally erred by failing to consider and discuss his sentencing arguments. We review for plain error, *see United States v. Valencia-Barragan*, 608 F.3d 1103, 1108 (9th Cir. 2010), and find none. The record reflects that the district court considered Mojica-Gomez's arguments and sufficiently explained its reasons for granting an 11-month downward variance. *See United States v. Carty*, 520 F.3d 984, 992 (9th Cir. 2008) (en banc). Moreover, the below-Guidelines sentence is substantively reasonable in light of the 18 U.S.C. § 3553(a) sentencing factors and the totality of the circumstances, including Mojica-Gomez's criminal history. *See Gall v. United States*, 552 U.S. 38, 51 (2007).

**AFFIRMED.**